UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:25-cv-03563-SRM-SSC | Date: December 30, 2025 |
| Title  Edgar Bejarano v. Pixley, et al. | |

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On April 21, 2025, *pro se* Plaintiff Edgar Bejarano filed a complaint against Defendants Pixley and L. Lundy. On November 25, 2025, Defendants filed a motion to dismiss, and the Court ordered Plaintiff to file an opposition or non-opposition to the motion no later than December 17, 2025. The deadline to file an opposition or non-opposition has passed and the Court has not received any response or any other communication from Plaintiff.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by **January 12, 2026,** why this action should not be dismissed for failure to prosecute and/or comply with a court order. In the event

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-03563-SRM-SSC              Date: December 30, 2025

Title   Edgar Bejarano v. Pixley, et al.

that Plaintiff wishes to voluntarily dismiss this action, Plaintiff may complete and return the enclosed Notice of Dismissal form, CV-09, by **January 12, 2026**.

If Plaintiff files a response to the motion to dismiss by **January 12, 2026**, this order to show cause will be automatically discharged, and Plaintiff need not respond to it separately.

Plaintiff is cautioned that failure to timely file a response to the motion to dismiss will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.

**IT IS SO ORDERED.**

Initials of Preparer    **ts**