UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDGAR BEJARANO,

                    Plaintiff,

      v.

PIXLEY, et al.,

                    Defendants.

Case No. 2:25-cv-03563-SRM-SSC

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [22]**

Pursuant to 28 U.S.C. § 636 the Court has reviewed all of the records herein and the Report and Recommendation of United States Magistrate Judge to which no objections were filed. Dkt. 22. The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation. **IT IS ORDERED** that judgment be entered dismissing the action without prejudice for Plaintiff's failure to prosecute and comply with court orders.

**IT IS SO ORDERED.**

Dated: May 7, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-1-