JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDGAR BEJARANO,

                              Plaintiff,

                v.

PIXLEY, et al.,

                              Defendants.

Case No. 2:25-cv-03563-SRM-SSC

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that this action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: May 7, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-1-